IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GAR-BRO MANUFACTURING CO.**                                    **PLAINTIFF**

v.                          Case No. **4:21-cv-00401 KGB**

**JCRANE, INC.,** *et al.*                                          **DEFENDANTS**

## ORDER

Plaintiff Gar-Bro Manufacturing Co. ("Gar-Bro") has filed a notice of voluntary dismissal with prejudice (Dkt. No. 8). The notice comports with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). No answer or motion for summary judgment has been served on Gar-Bro by defendants JCrane, Inc. and Does 1-10. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Court dismisses with prejudice Gar-Bro's claims against defendants JCrane, Inc. and Does 1-10. The pending second motion for extension of time to serve summons and complaint is denied as moot (Dkt. No. 7).

So ordered this 16th day of November, 2021.

_____
Kristine G. Baker
United States District Judge